IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ESTATE OF RAYNBOW GIGNILLIAT, by and through
RHONDA LEVAND as personal representative,**

    Plaintiff,

v.                                            No. CIV 14-1103 WJ/SMV

**SANDOVAL COUNTY BOARD
OF COMMISSIONERS, AL CASAMENTO,
CAPTAIN LYNDA HIGGINBOTHAM,
DEBRA JACCARD, JAN KRUSICK,
NATASHA ROYBAL, and SERGEANT PALMER,**

    Defendants.

**STIPULATED ORDER GRANTING COUNTY DEFENDANTS' UNOPPOSED
MOTION TO EXTEND THE DEADLINE FOR COUNTY DEFENDANTS TO FILE
A RULE 37 MOTION COMPELLING PLAINTIFF TO ADEQUATELY RESPOND TO
COUNTY DEFENDANTS' FIRST SET OF DISCOVERY REQUESTS**

       **THIS MATTER** came before the Court on County Defendants' Unopposed Motion to Extend the Deadline for County Defendants to File a Rule 37 Motion Compelling Plaintiff to Adequately Respond to County Defendants' First Set of Discovery Requests. The Court having reviewing the Motion and being otherwise fully advised in the premises, finds that the Motion is well-taken and should be **GRANTED**.

      **IT IS THEREFORE ORDERED** that County Defendants shall have until July 10, 2015 to file a Rule 37 motion regarding Plaintiff's answers and responses to County Defendants' First Set of Discovery Requests.

                                                       _____
                                                         The Honorable Stephan M. Vidmar
                                                         United States Magistrate Judge

Respectfully submitted by:

ROBLES, RAEL & ANAYA, P.C.


By:     /s/ Luis Robles
        Luis Robles
        Nicholas S. Autio
        Attorneys for County Defendants
        500 Marquette Ave., NW, Suite 700
        Albuquerque, New Mexico 87102
        (505) 242-2228
        (505) 242-1106 (facsimile)
        luis@roblesrael.com
        nick@roblesrael.com


APPROVED BY:

By:     *Approved via e-mail on June 4, 2015*
        Jack B. Jacks
        Law Office of J.B. Jacks
        201 Third St. NW, Suite 1920
        Albuquerque, NM 87102
        (505) 463-1021
        jack.justiceinc@gmail.com

By:     *Telephonic approval by Al Park on June 4, 2015*
        Al Park, Esq.
        Lawrence M. Marcus, Esq.
        Park & Associates, LLC
        6100 Uptown Blvd., NE #350
        Albuquerque, NM 87110
        (505) 246-2805 ext. 101
        (505) 246-2806 (facsimile)
        apark@parklawnm.com
        lmarcus@parklawnm.com