IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RHONDA LEVAND,

    Plaintiff,

v.                                        No. 14-cv-1103 WJ/SMV

SANDOVAL COUNTY BOARD OF COMMISSIONERS,
AL CASAMENTO, LYNDA HIGGINBOTHAM,
DEBRA JACCARD, JAN KRUSICK,
NATASHA ROYBAL, and FNU PALMER,

    Defendants.

## ORDER VACATING AND RESETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:     January 28, 2016, at 9:30 a.m.

**Matter to be heard**:   Status Conference

The telephonic status conference set for January 22, 2016, [Doc. 65], is VACATED and RESET for **January 28, 2016, at 9:30 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]  Parties shall be prepared to discuss the status of discovery completed, any additional discovery anticipated, whether the parties are prepared to dismiss any claims or defenses, and when to schedule a settlement conference.  Counsel are reminded to have their calendars available for the hearing.

**IT IS SO ORDERED.**

                                                  **STEPHAN M. VIDMAR**
                                                **United States Magistrate Judge**

---

1 The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.