IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RHONDA LEVAND,**

    **Plaintiff,**

**v.**                                                                                                    **No. 14-cv-1103 WJ/SMV**

**SANDOVAL COUNTY BOARD OF COMMISSIONERS,**
**AL CASAMENTO, LYNDA HIGGINBOTHAM,**
**DEBRA JACCARD, JAN KRUSICK,**
**NATASHA ROYBAL, and FNU PALMER,**

    **Defendants.**

### ORDER VACATING AND RESETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:    April 19, 2016, at 10:30 a.m.

    **Matter to be heard**:  Status Conference

    The telephonic status conference set for January 28, 2016, [Doc. 82], is VACATED and RESET for **April 19, 2016, at 10:30 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]  Parties shall be prepared to discuss the status of discovery completed, any additional discovery anticipated, whether the parties are prepared to dismiss any claims or defenses, and when to schedule a settlement conference.  Counsel are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                          **STEPHAN M. VIDMAR**
                                          **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.