UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**ESTATE OF RAYNBOW GIGNILLIAT, by and through
RHONDA LEVAND as personal representative,**

    **Plaintiff,**

vs.

                             **NO. CIV 14-1103 WJ/SMV**

**SANDOVAL COUNTY BOARD OF
COMMISSIONERS, et. al.**

    **Defendants.**

## FOURTH ORDER EXTENDING PRETRIAL DEADLINES

THIS MATTER having come before the Court upon Plaintiff's Stipulated Motion to Extend the Pretrial Deadlines and the Court having been advised;

THE COURT FINDS that it has jurisdiction over the parties and the subject matter involved herein and that the Motion is well taken and should be granted.

WHEREFORE, it is Ordered, Adjudged, and Decreed that that the Motion be granted extending the pretrial deadlines by ninety (90) days. The pretrial deadlines are hereby extended as follows:

| | |
|---|---|
| **Discovery Deadline:** | **November 21, 2016** |
| **Motions related to Discovery:** | **December 12, 2016** |
| **Plaintiff's Expert Deadline:** | **August 22, 2016** |
| **Defendant's Expert Deadline:** | **September 19, 2016** |
| **Pretrial Motions:** | **December 19, 2016** |
| **PTO: Plaintiff to Defendant:** | **February 6, 2017** |
| **PTO: Defendant to Court:** | **February 20, 2017** |

_____
**STEPHAN M. VIDMAR
United States Magistrate Judge**

APPROVED BY:

LAW OFFICE OF JACK BENNETT JACKS

/s/ Jack B. Jacks
Jack B. Jacks
201 3rd Street NW, Suite 1920
Albuquerque, NM 87102
(505) 463-1021
(505) 242-4339 (facsimile)
jack.justiceinc@gmail.com
*Attorney for Plaintiff*


PARK & ASSOCIATES, LLC


*Electronically approved 5/13/16*
Al Park, Esq.
Lawrence M. Marcus, Esq.
Park & Associates, LLC
6100 Uptown Blvd., NE #350
Albuquerque, NM 87110
(505) 246-2805 ext. 101
(505) 246-2806 (facsimile)
apark@parklawnm.com
lmarcus@parklawnm.com
*Counsel for Defendants Jaccard, Krusick, and Roybal*

-AND-

ROBLES, RAEL & ANAYA, P.C.


*Electronically approved 5/13/16*
Luis Robles
Nick Autio
500 Marquette Ave. NW, Suite 700
Albuquerque, New Mexico 87102
(505) 242-2228
(505) 242-1106 (facsimile)
luis@roblesrael.com
nick@roblesrael.com
*Counsel for County Defendants*