UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**ESTATE OF RAYNBOW GIGNILLIAT, by and through RHONDA LEVAND as personal representative,**

    **Plaintiff,**

vs.

                              **NO. CIV 14-1103 WJ/SMV**

**SANDOVAL COUNTY BOARD OF COMMISSIONERS, et. al.**

    **Defendants.**

## FIFTH ORDER EXTENDING PRETRIAL DEADLINES

THIS MATTER having come before the Court upon Plaintiff's Stipulated Motion to Extend the Pretrial Deadlines and the Court having been advised;

THE COURT FINDS that it has jurisdiction over the parities and the subject matter involved herein and that the Motion is well taken and should be granted.

WHEREFORE, it is Ordered, Adjudged, and Decreed that that the Motion be granted extending the pretrial deadlines by ninety (90) days. The pretrial deadlines are hereby extended as follows:

| | |
|---|---|
| **Discovery Deadline:** | **February 20, 2017** |
| **Motions related to Discovery:** | **March 10, 2017** |
| **Plaintiff's Expert Deadline:** | **November 21, 2016** |
| **Defendant's Expert Deadline:** | **January 20, 2017** |
| **Pretrial Motions:** | **March 17, 2017** |
| **PTO: Plaintiff to Defendant:** | **May 5, 2017** |
| **PTO: Defendant to Court:** | **May 19, 2017** |

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

APPROVED BY:

LAW OFFICE OF JACK BENNETT JACKS

/s/ Jack B. Jacks
Jack B. Jacks
201 3rd Street NW, Suite 1920
Albuquerque, NM 87102
(505) 463-1021
(505) 242-4339 (facsimile)
jack.justiceinc@gmail.com
*Attorney for Plaintiff*


PARK & ASSOCIATES, LLC


*Electronically Approved 8/16/16*
Al Park, Esq.
Lawrence M. Marcus, Esq.
Park & Associates, LLC
6100 Uptown Blvd., NE #350
Albuquerque, NM 87110
(505) 246-2805 ext. 101
(505) 246-2806 (facsimile)
apark@parklawnm.com
lmarcus@parklawnm.com
*Counsel for Defendants Jaccard, Krusick, and Roybal*

-AND-

ROBLES, RAEL & ANAYA, P.C.


*Electronically Approved 8/15/16*
Luis Robles
Nick Autio
500 Marquette Ave. NW, Suite 700
Albuquerque, New Mexico 87102
(505) 242-2228
(505) 242-1106 (facsimile)
luis@roblesrael.com
nick@roblesrael.com
*Counsel for County Defendants*

2