UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**ESTATE OF RAYNBOW GIGNILLIAT, by and through
RHONDA LEVAND as personal representative,**

    **Plaintiff,**

vs.

                                      **NO. CIV 14-1103 WJ/SMV**

**SANDOVAL COUNTY BOARD OF
COMMISSIONERS, et. al.**

    **Defendants.**

## ORDER ALLOWING AMENDED COMPLAINT

THIS MATTER having come before the Court upon Plaintiff's Motion to Amend the Complaint [DOC 126] filed on October 12, 2016, and the Court having been advised;

THE COURT FINDS that it has jurisdiction over the parities and the subject matter involved herein and that the Motion is well taken and should be granted.

WHEREFORE, it is Ordered, Adjudged, and Decreed that that the Motion be granted allowing Plaintiff to add new factual allegations, as well as adding Correctional Healthcare Companies, Inc. and Correct Care Solutions, LLC as party defendants.

                                                    _____
                                                    **STEPHAN M. VIDMAR**
                                                    **United States Magistrate Judge**

Submitted by:

LAW OFFICE OF JACK BENNETT JACKS

/s/ Jack B. Jacks
Jack B. Jacks
201 3rd Street NW, Suite 1920
Albuquerque, NM 87102
(505) 247-1800
*Attorney for Plaintiff*

2

APPROVED AS TO FORM:

PARK & ASSOCIATES, LLC

*Electronically approved 9/30/16*
Alfred A. Park
6100 Uptown Blvd., Suite 350
Albuquerque, NM 87110
(505) 246-2805
*Attorney for Medical Defendants*

-AND-

ROBLES, RAEL & ANAYA

*Electronically approved 9/14/16*
Luis Robles
Nicholas Autio
500 Marquette Ave., NW, Suite 700
Albuquerque, New Mexico 87102
(505) 242-2228
*Attorney for County Defendants*